**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 11 2022

TAMMY D. DOWNS, CLERK
By:_____
DEP CLERK

# FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
## UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### _____ DIVISION

CASE NO. 4:22-CV-00873 - KGB-JJV

(amended Complaint

**Jury Trial:** ☐ Yes ☒ No
(Check One)

I.   Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.

A.   Name of plaintiff: Elaine Willow Rose Moone
ADC # 739166

Address: 300 Corrections Dr. Newport, Ark 72112

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.   Name of defendant: Dexter Payne

Position: Director of A.D.C.

Place of employment: A.D.C Central office

Address: 6814 Princeton Pike, Pine Bluff, Ark. 71602-9411

Name of defendant: Moses Jackson III

Position: Worden (Prior)

Place of employment: _Arkansas Dept. of Corr._

Address: _300 Corrections Dr. Newport, Ark. 72112_

Name of defendant: _Thomas Hurst_

Position: _Warden (current)_

Place of employment: _Arkansas Dept. of Corrections_

Address: _300 Corrections Dr. Newport, Ark. 72112_

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II.   Are you suing the defendants in:

  ☐   official capacity only
  ☐   personal capacity only
  ☒   both official and personal capacity

III.  Previous lawsuits

  A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

       Yes ___   No ✓

  B.   If your answer to A is yes, describe the lawsuit in the space below.  (If there is  more than one lawsuit, describe the additional lawsuits on another piece of  paper, using the same outline.)

       ☐   Parties to the previous lawsuit:

           Plaintiffs: _____

           _____

           Defendants: _____

           _____

    ☐     Court (if federal court, name the district; if state court, name the county):

_____

    ☐     Docket Number: _____

    ☐     Name of judge to whom case was assigned: _____

    ☐     Disposition: (for example: Was the case dismissed?  Was it appealed?
            Is it still pending?) _____

    ☐     Approximate date of filing lawsuit: _____

    ☐     Approximate date of disposition: _____

IV.    Place of present confinement: *Arkansas Dept. of Corrections (Grimes unit)*

_____

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

___✓___ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
        explain: _____

_____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

    A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

        Yes ✓    No _____

    B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes _____   No _____

If not, why? _____

_____

VII.   Statement of claim  (amended complaint)

State here (as briefly as possible) the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

Scence 2016 I have been living openly as a trans woman, and have been on hormone treatment scence Jan. 28, 2018. Untill I came to Grimes unit I had access to private showers and sports bras provided by my prior unit's medical staff (Randal L Williams unit) due to substantial breast growth. But once here the "private shower" and sports bras were quickly taken. I first wrote a request form to Warden Jackson explaining the situation and reasons why they were needed, I recieved no reply. And when I spoke to him in person he told me it was an infirmery issue, when I informed him that the infirmery said it was security that had the issue he said he would look into it, I never got a response back before the new warden was appointed. But when I asked the assistant warden (Kenny Davis) he told me that it was security's

-7-

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I need access to the specified female canteen items, to private showers, the re-issuance of my bras and script for them, authorization for an orchiectomy, and for the mail from my L.G.B.T+ family to resume

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 29 day of September , 20 22.

Elaine Willow Rose Moore

_____

_____
Signature(s) of plaintiff(s)

Elaine Willow Rose Moone #139166
300 Corrections Dr.
Newport, Ark.
72112-8008

ADC
GRIMES
UNIT

quadient
FIRST-CL
IMI
$001
10/05/202
043M3123

Pro Se Clerk
600 W. Capitol Ave. Room 9149
Little Rock, Ark.
72201