# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ELAINE WILLOW ROSE MOONE**　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #139166**
v.　　　　　　　　　Case No. 4:22-cv-00873-KGB-JJV

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction,** *et al.*　　　　　　　　　　　**DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 8). Plaintiff Elaine Willow Rose Moone has not objected to Judge Volpe's Recommendation, and the time for filing objections has passed. After careful consideration of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). Accordingly, Ms. Moone may proceed with her constitutional claims against defendants Jackson and Hurst. Ms. Moone's claims against defendant Payne are dismissed without prejudice for failure to state a claim upon which relief may be granted. The Court dismisses without prejudice defendant Payne as a party to this lawsuit. The Court certifies pursuant to 28 U.S.C. § 1915(a) that an *in forma pauperis* appeal taken from this Order would not be taken in good faith.

It is so ordered this 13th day of December, 2022.

_____
Kristine G. Baker
United States District Judge