IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ELAINE WILLOW ROSE MOONE**                                                                                  **PLAINTIFF**
**ADC #139166**
v.                                    Case No. 4:22-cv-00873-KGB-JJV

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction,** *et al.*                                                              **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 29). No party has filed objections to the Recommended Disposition, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). Accordingly, defendants Moses Jackson, III and Thomas Hurst's motion for summary judgment on exhaustion is granted (Dkt. No. 26). Plaintiff Elaine Willow Rose Moone's claims against defendants Jackson and Hurst are dismissed without prejudice. The relief sought is denied. The Court denies as moot the pending motion for judgment on the pleadings and the accompanying Partial Recommended Disposition entered by Judge Volpe as to the motion for judgment on the pleadings (Dkt. Nos. 16, 20). The Court denies as moot defendants' motion to stay discovery and dispositive motions deadlines (Dkt. No. 30). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Order or the accompanying Judgment would not be taken in good faith.

It is so ordered this 14th day of July, 2023.

_____
Kristine G. Baker
United States District Judge